**Motion granted in part.   Motion for in camera review granted.   Settlement agreement must be filed under seal by 8/2/19.  The motion for approval of settlement and dismissal of case  will remain open pending the review of the settlement agreement.**

s/ William H. Baughman, Jr.
William H. Baughman, Jr.
United States Magistrate Judge

Date: 7/25/19

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANNIE LEDGER et. al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No.: 1:18-cv-01366 |
| vs. | : | |
| | : | MAGISTRATE JUDGE WILLIAM |
| FAMILY FIRST CAREGIVERS, INC. | : | H. BAUGHMAN |
| | : | |
| | : | |
| Defendants. | : | |

### JOINT MOTION FOR *IN CAMERA* REVIEW, APPROVAL OF SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendants, by and through their respective counsel, submit this Joint Motion for *In Camera* Review, Approval of Settlement Agreement, and Dismissal of Case with Prejudice. The reasons for this Motion are more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

*/s/ Mark S. Shearer*
Mark S. Shearer (0066739)
11925 Pearl Road, Suite 310
Strongsville, Ohio 44136
Telephone: 440-846-1629
Facsimile: 440-846-1625
mark@shearerlawyer.com
ATTORNEY FOR DEFENDANTS

*/s/ Hans A. Nilges*
Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
7266 Portage Street, N.W., Suite D
Massillon, Ohio 44646
Telephone: (330)470-4428
Facsimile: (330)754-1430
hans@ohlaborlaw.com
sdraher@ohlaborlaw.com
ATTORNEYS FOR PLAINTIFF