# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JANNIE LEDGER et. al. | : | |
| Plaintiffs, | : | |
| vs. | : | Case No.: 1:18-cv-01366 |
| FAMILY FIRST CAREGIVERS, INC. et. al. | : | |
| | : | Magistrate Judge |
| Defendants. | : | William H. Baughman Jr. |

## **ORDER**

- This matter is before the Court upon the Joint Motion for Approval of Settlement Agreement and Dismissal of Case as to all defendant's with Prejudice.

Upon good cause having been shown, the Joint Motion is hereby GRANTED. This action is dismissed with prejudice.

IT IS SO ORDERED.

 August 16, 2019  
Dated

 s/William H. Baughman Jr.  
United States Magistrate Judge